THE STATE, EX REL. GREGORY, APPELLEE, *v.* MASHETER, DIRECTOR OF HIGHWAYS, APPELLANT.

[Cite as State, ex rel. Gregory, v. Masheter, Dir. of Hwys., 3 Ohio St. 2d 43.]

(No. 39282—Decided June 30, 1965.)

*Mr. Thomas F. Joseph* and *Mr. Steven E. Cichon*, for appellee.

*Mr. William B. Saxbe*, attorney general, *Mr. I. Charles Rhoads* and *Mr. Harry N. Kandel*, for appellant.

*Per Curiam.* The motion is well taken. The order overruling the motion to quash service of summons is not a final appealable order as defined by Section 2505.02, Revised Code. Respondent is not precluded by the overruling of the motion to quash but may make a full defense in the action without waiving his objection to jurisdiction. *State, ex rel. Rhodes, Aud., v. Solether, Judge*, 162 Ohio St. 559.

The issue as to venue has been answered in the case of

44.

*State, ex rel. Barber, Pros. Atty., v. Rhodes, Aud.,* 165 Ohio St. 414. The case should be brought in Franklin County against the respondent.

*Appeal dismissed.*

TAFT, C. J., ZIMMERMAN, MATTHIAS, O'NEILL, HERBERT, SCHNEIDER and KERNS, JJ., concur.

KERNS, J., of the Second Appellate District, sitting for BROWN, J.